**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rex Schellenberg<br><br>v.<br><br>The City Los Angeles et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-01313 MWF(JCx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 19-03<br>(RELATED CASES) |

**CONSENT**

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

_____     _____
Date                                                  United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

(See attached)

_____

_____

_____

February 12, 2020                              Christina A. Snyder
Date                                                  United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:18-cv-07670 CAS(PLAx)   and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*     ☐ *Statistics Clerk*
CV-34 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03  (Related Cases)

Plaintiff Rex Schellenberg filed the case captioned Rex Schellenberg v. The City of Los Angeles, 2:18-cv-07670 (C.D. Cal.) on September 3, 2018.  In that case, plaintiff asserts claims for: (1) violation of 42 U.S.C. § 1983 based on violations of plaintiff's right to be secure from unreasonable seizures; (2) violation of the Takings Clause; (3) violation of 42 U.S.C. § 1983 based on violations of plaintiff's due process rights; and (4) violation of the Americans with Disabilities Act; (5) violation of the Unruh Civil Rights Act; (6) violation of the Bane Civil Rights Act; and (7) violation of Cal. Civ. Code § 2080.  Plaintiff's claims arise out of the City of Los Angeles' alleged practice of unlawfully seizing and destroying the personal property of homeless individuals.  In that case, plaintiff alleges that, on July 14, 2017, Los Angeles Police Department officers seized plaintiff's personal property from a sidewalk in the Northridge neighborhood of Los Angeles.

Plaintiff Rex Schellenberg filed the case captioned Rex Schellenberg v. The City of Los Angeles et al., 2:20-cv-01313 (C.D. Cal.) on February 10, 2020.  In that case, plaintiff asserts claims for: (1) violation of 42 U.S.C. § 1983 based on violations of plaintiff's right to be secure from unreasonable seizures; (2) violation of 42 U.S.C. § 1983 based on violations of plaintiff's due process rights; and (3) violation of the Bane Civil Rights Act.  Plaintiff's claims arise out of the City of Los Angeles' alleged policy of indifference towards allowing Los Angeles Police Department officers to participate in, and administer, social media pages that espouse rhetoric hostile towards homeless individuals.  Plaintiff alleges that officers unlawfully seized, in April 2019 and again in June 2019, the van in which plaintiff was residing in the Woodland Hills neighborhood of Los Angeles.

Although the two cases both involve the same plaintiff and the City of Los Angeles, the cases concern different events, property, claims, and alleged injuries, as well as different municipal policies.  Accordingly, the Court concludes that these cases are not related so as to warrant transfer of 2:20-cv-01313.