1  MICHAEL N. FEUER, City Attorney
2  KATHLEEN A. KENEALY, Chief Assistant City Attorney
   SCOTT MARCUS, Senior Assistant City Attorney
3  GABRIEL S. DERMER, Supervising Assistant City Attorney
   **FELIX LEBRON, Deputy City Attorney (SBN 232984)**
4  Business and Complex Litigation Division
   200 N. Main Street, Room 675
5  Los Angeles, CA 90012
   Telephone: (213) 978-7559
6  Facsimile:  (213) 978-7011
   felix.lebron@lacity.org
7
   Attorneys for Defendants CITY OF LOS ANGELES and SEAN DINSE
8
9              UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
11

| REX SCHELLENBERG, an individual | CASE NO.: 2:20-cv-01313-MWF-JC |
|---|---|
| Plaintiff, | [*Assigned to the Hon. Michael W. Fitzgerald*] |
| v. | |
| THE CITY OF LOS ANGELES, a municipal entity; LAPD SENIOR LEAD OFFICER SEAN DINSE, sued in his individual capacity, DOES 1-10, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Defendants. | Initial Complaint Served: Feb. 24, 2020 (City), and Feb. 25, 2020 (Dinse) Current Response Dates: Mar. 16, 2020 (City) and Mar. 17, 2020 (Dinse) **New Response Date:  Apr. 15, 2020** |

STIP. TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)

Plaintiff Rex Schellenberg ("Plaintiff") and Defendants City of Los Angeles and Sean Dinse ("Defendants"), by and through their respective counsel of record, stipulate to the following pursuant to Central District of California Local Rule ("L.R.") 8-3:

WHEREAS Plaintiffs effectuated service of the initial complaint (Dkt. No. 1) on the City on February 24, 2020, and the City's response is due on March 16, 2020;

WHEREAS Plaintiffs effectuated service of the initial complaint (Dkt. No. 1) on Dinse on February 25, 2020, and the Dinse's response is due on March 17, 2020;

WHEREAS Plaintiffs agreed to extend the Defendants' time to respond to the complaint by 30 days to provide more time to investigate the complaint's allegations;

THEREFORE, the Parties stipulate that the Defendants' time to respond to the initial complaint is extended from March 16-17, 2020 until April 15, 2020.  (L.R. 8-3)

**IT IS SO STIPULATED.**

DATED:  March 12, 2020    MICHAEL N. FEUER, CITY ATTORNEY
KATHLEEN KENEALY, CH. ASST. CITY ATTORNEY
SCOTT MARCUS, CH. CIVIL LITIGATION BRANCH,
GABRIEL S. DERMER, ASST. CITY ATTORNEY
**FELIX LEBRON, DEPUTY CITY ATTORNEY**

By:  */s/*
FELIX LEBRON
Deputy City Attorney
Attorney for Defendants
CITY OF LOS ANGELES and SEAN DINSE

DATED:  March 12, 2020    **LAW OFFICE OF CAROL A. SOBEL**

By:  */s/*
CAROL A. SOBEL
Attorneys for Plaintiff REX SCHELLENBERG

All parties concur in the form and content of this filing and have authorized the use of their electronic signatures for filing this document.  (L.R. 5-4.3.4(a)(2)(i))