**CAROL A. SOBEL**  SBN 84483
**WESTON ROWLAND**  SBN 327599
1158 26TH Street, #552
Santa Monica, CA 90401
t.  310 393-3055
e.  carolsobel@aol.com
e.  rowland.weston@gmail.com

Attorneys for Plaintiff Rex Schellenberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG, an individual<br><br>                Plaintiff,<br><br>  v.<br>THE CITY OF LOS ANGELES, et al.,<br><br>              Defendants. | CASE NO.: 2:20-cv-01313-MWF-JC<br>[*Assigned to the Hon. Michael W. Fitzgerald*]<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>[Proposed Order filed concurrently] |

       The parties to this action, by and through their respective counsel of record, hereby submit a stipulated request to amend the scheduling order.  The parties are proceeding diligently but require additional time because of pandemic-related complications.

       The current discovery cut-off date pursuant to the Rule 26 Scheduling Order issued by the Court is March 15, 2021 and the expert discovery cut-off is April 12, 2021.

The parties request that the Court reset the case schedule as follows:

| | |
|---|---|
| Discovery cut-off | June 15, 2021 |
| Expert discovery cut-off | July 12, 2021. |
| Motion hearing cut-off | August 23, 2021 |
| Memorandum of Contentions of Fact/Law; Exhibit and Witness lists; MILs | September 13, 2021 |
| Status Report re settlement | September 13, 2021 |
| Final PTC and hearing on MILs | October 4, 2021 |
| Trial | October 25, 2021 |

Respectfully Submitted,

DATED: March 5, 2021      LAW OFFICE OF CAROL A. SOBEL

        /s/  CAROL A. SOBEL    .
BY: CAROL A. SOBEL
ATTORNEYS FOR PLAINTIFF

DATED:  March 8, 2021     MICHAEL N. FEUER, CITY ATTORNEY
KATHLEEN KENEALY, CH. ASST. CITY ATTORNEY
SCOTT MARCUS, CH. CIVIL LITIGATION BRANCH,
GABRIEL S. DERMER, ASST. CITY ATTORNEY
**FELIX LEBRON, DEPUTY CITY ATTORNEY**

By:       /s/
          FELIX LEBRON
          Deputy City Attorney
          Attorney for Defendants
          CITY OF LOS ANGELES and SEAN DINSE

All parties concur in the form and content of this filing and have authorized the use of their electronic signatures for filing this document.

STIPULATION TO AMEND SCHEDULING ORDER