Carol A. Sobel, SBN 84483
Weston Rowland SBN 327599
Katherine L. Robinson SBN 323470
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t)  310 393-3055
(e)  carolsobel@aol.com
(e)  rowlandweston@gmail.com
(e)  klrobinsonlaw@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| REX SCHELLENBERG,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20-cv-01313-MWF-JC<br><br>STIPULATED REQUEST FOR ENTRY OF PROTECTIVE ORDER |

1

The parties to the above-captioned action request that the Court enter a protective order to govern the disclosure of documents and the information contained therein that the disclosing party believes is subject to a privilege against public disclosure.

Submitted concurrently is the form protective order available on the assigned Magistrate Judge's page on the website for the United States District Court for the Central District of California.

| | |
|---|---|
| Dated: March 18, 2021 | Respectfully submitted, |
| | LAW OFFICE OF CAROL A. SOBEL |
| | _____ |
| | By: CAROL A. SOBEL |
| | Attorneys for Plaintiff |
| Dated: March 18, 2021 | |
| | MICHAEL N. FEUER, City Attorney |
| | KATHLEEN KENEALY, Ch. Asst. City Attorney |
| | SCOTT MARCUS, Ch. Civil Litigation |
| | CGABRIEL S. DERMER, Asst. City Atty |
| | **FELIX LEBRON,** Deputy City Attorney |
| | |
| | _/s/  Felix Lebron_ |
| | By: FELIX LEBRON |
| | Attorneys for Defendant |

All parties concur in this filing and authorize electronic signatures.  (L.R. 5-4.3.4(a)(2)(i))