Carol A. Sobel, SBN 84483
Weston Rowland SBN 327599
Katherine L. Robinson SBN 323470
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t) 310 393-3055
(e) carolsobel@aol.com
(e) rowlandweston@gmail.com
(e) klrobinsonlaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20−cv−01313−MWF−JC<br><br>NOTICE OF TENTATIVE SETTLEMENT<br><br>Date: None<br>Time: None.<br>Ctrm: 5A<br><br>ACTION FILED: 2/10/20<br><br>TRIAL: 10/6/21 |

NOTICE OF TENTATIVE SETTLEMENT

The parties to the above-captioned action hereby file this Notice of Tentative Settlement in this action and request that the Court vacate the current case schedule dates.

The Settlement requires approval by the Los Angeles City Claims Board. The Los Angeles City Council is currently on hiatus for the month of July. For this reason, the Claims Board will not meet in the month of July.

The parties will file an update with the Court no later than September 7, 2021 on the approval of the settlement. If the tentative settlement is considered by the Claims Board prior to that date, the parties will notify the Court within five (5) days of the action of the Claims Board to approve or reject the settlement.

To permit time for the settlement to be considered by the Clams Board and, if approved, for the terms of the settlement to be fulfilled, the parties request that the Court vacate the current motion and trial dates.

Dated: July 21, 2021    Respectfully submitted,

Law Office of Carol A. Sobel

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: July 21, 2021    Michael N. Feuer, City Attorney
Scott Marcus, Chief Asst. City Attorney
Gabriel Dermer, Asst. City Attorney
Felix Lebron, Dep. City Attorney

   /s   Felix Lebron
By: FELIX LEBRON
Attorneys for Defendants