Carol A. Sobel, SBN 84483
Weston Rowland SBN 327599
Katherine L. Robinson SBN 323470
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t)  310 393-3055
(e)  carolsobel@aol.com
(e)  rowlandweston@gmail.com
(e)  klrobinsonlaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>              PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>              DEFENDANTS. | Case No.: 2:20−cv−01313−MWF−JC<br><br>[PROPOSED] ORDER RE: TENTATIVE SETTLEMENT AND REQUEST TO VACATE SCHEDULE<br><br>Date: None<br>Time: None.<br>Ctrm: 5A<br><br>ACTION FILED: **2/10/20**<br><br>TRIAL: **10/6/21** |

[PROPOSED ORDER RE [PROPOSED] ORDER RE TENTATIVE SETTLEMENT

The parties to the above-captioned action filed a Notice of Tentative Settlement in this action and requested that the Court vacate the current case schedule dates to permit the settlement to be completed.

The Court is advised that the Settlement requires approval by the Los Angeles City Claims Board. The Los Angeles City Council is currently on hiatus for the month of July. For this reason, the Claims Board will not meet in the month of July.

The parties are directed to file an update with the Court no later than September 7, 2021 with the status of the necessary approval of the settlement. If the tentative settlement is approved prior to that date, the parties will notify the Court within five (5) days of the action by the Claims Board to approve or reject the settlement.

To permit time for the settlement to be considered by the Clams Board and, if approved, for the terms of the settlement to be fulfilled, the parties request that the Court vacate the current motion and trial dates. Accordingly, all current scheduling dates are vacated pending consideration of the settlement by the necessary Defendant City process.

Dated: _____          _____
                                  UNITED STATES DISTRICT JUDGE

Lodged by:

Law Office of Carol A. Sobel

 /s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs