Carol A. Sobel, SBN 84483
Weston Rowland SBN 327599
Katherine L. Robinson SBN 323470
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t)  310 393-3055
(e)  carolsobel@aol.com
(e)  rowlandweston@gmail.com
(e)  klrobinsonlaw@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG, | Case No.: 2:20 cv 01313 MWF JC |
| PLAINTIFF, | STATUS REPORT |
| vs. | |
| CITY OF LOS ANGELES, et al., | Date:  None |
| DEFENDANT | Time: None. |
| | Ctrm: 5A |
| | ACTION FILED: 2/10/20 |
| | TRIAL: VACATED |

    The parties to the above-captioned action file this Status Report to advise the Court of the progress in finalizing a settlement.   On July 21, 2021, the parties filed a Notice of Settlement, informed the Court that the approval of the financial terms of the settlement would be delayed because the City Council would be on hiatus for the month of July.  Accordingly, the parties requested and the Court ordered that all scheduling dates be vacated and that a Status Report be filed by September 7, 2021.

    The parties reached agreement on the general terms and language of a Settlement and Release.  The Settlement includes both a policy revision and a monetary component.  Plaintiff's counsel is drafting proposed language for the policy element for review by Defendants.  The

1

undersigned anticipates proposed language will be provided to the City within the next week. The policy component will impact for the broader group of unhoused individuals who live in their vehicles.

        To permit time for the settlement to be finalized, the parties request that the Court continue this matter and set a further status report due no later than October 15, 2021.  If the parties are able to finalize the settlement prior to that time, Plaintiffs will notify the Court within five (5) days of such event.

Dated:  September 7, 2021

Respectfully submitted,

Law Office of Carol A. Sobel

   /s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: September 7, 2021

Michael N. Feuer, City Attorney
Scott Marcus, Chief Asst. City Attorney
Gabriel Dermer, Asst. City Attorney
Felix Lebron, Dep. City Attorney

   /s   Felix Lebron
By: FELIX LEBRON
Attorneys for Defendants