UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | CASE NO.: CV 20-1313 MWF (JCx)<br><br>ORDER GRANTING EXTENSION TO FILE FURTHER STATUS REPORT |

Upon consideration of the parties' Status Report (Docket No. 30), and for good cause shown,

IT IS ORDERED that the parties' request that the Court continue this matter for a further status report due is GRANTED. The parties shall file a further status report re completion of the settlement no later than October 15, 2021. If the settlement is completed before that date, Plaintiff shall file notification with the Court within five (5) days of such event.

Dated: September 8, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE