1  Carol A. Sobel, SBN 84483
   Weston Rowland SBN 327599
2  Katherine L. Robinson SBN 323470
   LAW OFFICE OF CAROL A. SOBEL
3  1158 26th Street, #552
   Santa Monica, CA 90403
4  (t)  310 393-3055
   (e)  carolsobel@aol.com
5  (e)  rowlandweston@gmail.com
   (e)  klrobinsonlaw@gmail.com
6

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20−cv−01313−MWF−JC<br><br>STATUS REPORT<br><br>Date: None<br>Time: None.<br>Ctrm: 5A<br><br>ACTION FILED: **2/10/20**<br><br>TRIAL: **VACATED** |

STATUS REPORT RE COMPLETION OF TENTATIVE SETTLEMENT

  Plaintiffs file this Status Report to advise the Court of the progress in finalizing a settlement.  On July 21, 2021, the parties filed a Notice of Settlement and informed the Court that approval of the financial terms of the settlement would be delayed because the City Council would be on hiatus for the month of July. Accordingly, the parties requested and the Court ordered all scheduling dates vacated and a Status Report be filed by September 7, 2021.  Since then, the parties have filed several Status Reports on the progress of settlement.

  The parties reached agreement on the general terms and language of a Settlement and Release.  The Settlement includes both a policy revision and a monetary component.  Plaintiff's counsel provided proposed language for the policy element for review by Defendants.  As the Court was previously advised, the policy component will prevent immediate towing for the broader group of unhoused individuals who live in their vehicles in the City and often do not have a current registration.  Although the City suspended many of its vehicle towing policies during the pandemic, those orders and are not expected to be extended again.

  Plaintiff's counsel is informed by the City Attorney's office that the monetary settlement component has not yet been submitted to the Claims Board, so it will take additional time to obtain approval for the monetary component of the settlement.

  Accordingly, Plaintiff requests that the Court continue this matter and set a further status report due on March 14, 2022.  If the settlement is finalized prior to that time, Plaintiffs will notify the Court within five (5) days of such event.

Dated:  January 31, 2022    Respectfully submitted,

            Law Office of Carol A. Sobel
             /s/ Carol A. Sobel
            By: CAROL A. SOBEL
            Attorneys for Plaintiffs