# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>　　　　　　PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　DEFENDANTS. | Case No.: CV 20−1313−MWF (JCx)<br><br>ORDER RE: CONTINUED DATE FOR FILING A FURTHER STATUS REPORT |

　　　The Court has reviewed Plaintiff's Status Report, filed January 31, 2022. (Docket No. 37). Based on the representations in that Status Report, the Court EXTENDS the deadline by which the parties are to file a further Status Report, to March 14, 2022. If the settlement is finalized prior to that time, within five days of that event, Plaintiff is to notify the Court or file a stipulated dismissal of this action.

Dated: February 1, 2022　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28