JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>　　　　　　　　PLAINTIFF,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　　　　DEFENDANTS. | Case No.: 2:20−cv−01313−MWF−JC<br><br>ORDER RE: DISMISSAL PURSUANT TO SETTLEMENT AND RETENTION OF JURISDICTION FOR 60 DAYS TO COMPLETE ALL SETTLEMENT TERMS |

///
///
///
///
///
///
///

The Court is advised that the Los Angeles City Claims Board approved the settlement in this matter on March 7, 2022. The parties submitted a request for dismissal and attached as Exhibit A the fully executed settlement in this action.

Accordingly, this action is now dismissed with prejudice. The Court will retain jurisdiction for a period of sixty (60) days to permit the terms of the settlement to be completed.

If the settlement terms are fulfilled prior to 60 days, Plaintiffs are to notify the Court within five (5) days of completion.

Dated: March 15, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

Lodged by:

Law Office of Carol A. Sobel

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiff

ORDER RE DISMISSAL PURSUANT TO SETTLEMENT