Carol A. Sobel, SBN 84483
Weston Rowland SBN 327599
Katherine L. Robinson SBN 323470
LAW OFFICE OF CAROL A. SOBEL
1158 26th Street, #552
Santa Monica, CA 90403
(t)  310 393-3055
(e)  carolsobel@aol.com
(e)  rowlandweston@gmail.com
(e)  klrobinsonlaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REX SCHELLENBERG,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 2:20−cv−01313−MWF−JC<br><br>NOTICE OF COMPLETION OF SETTLEMENT<br><br>Date:  April 30, 2022<br>Time: None.<br>Ctrm: 5A<br><br>ACTION FILED: **2/10/20**<br><br>TRIAL: **VACATED** |

1 | The parties previously notified the Court that the settlement in this action was
2 | approved but that additional time was needed to complete its terms.  For that reason,
3 | the parties requested the Court retain jurisdiction for a period of 60 days to allow the
4 | settlement to be finalized.  That has now been done.
5 |       Pursuant to the prior order, Plaintiffs advise the Court that the Court's
6 | jurisdiction is no longer required and dismissal on settlement should be deemed final
7 | and terminate this action.

Dated:  April 30, 2022

Respectfully submitted,

Law Office of Carol A. Sobel

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs